NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, | CASE NO.: 2:20-cv-00972-ODW(PJW) |
| Plaintiff, | Honorable Otis D. Wright II |
| vs. | |
| DYANLYN TWO, a California Limited Partnership; SECHELT ASSOCIATES, L.P., a California Limited Partnership; and DOES 1-10, Inclusive, | ORDER GRANTING APPLICATION FOR STAY AND EARLY MEDIATION |
| Defendants. | |

The Court has considered the recently filed Application for Stay and Early Mediation, and hereby ORDERS:

1. This action is stayed as to Defendants until **May 22, 2020**, unless otherwise ordered by Court.

2. This case is referred to:

ADR PROCEDURE NO. 2: This case is referred to the ADR Program. Within twenty-one (21) days, the parties shall obtain the consent of a mediator listed on the court's mediation panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days of the date of this order, the ADR Program (213-894-2993) will assign one. Forms and a list of the Panel

Mediators are available on the Court's website, WWW.cacd.uscourts.gov. Absent extraordinary circumstances, the parties cannot request a continuance within three (3) business days of a scheduled mediation.

The ADR proceeding is to be completed no later than **May 22, 2020.**

3. Within fourteen (14) days of the date of this Order, Plaintiff shall file with the court and serve on Defendant(s) a statement ("Plaintiffs Case Statement") that includes the following:

(a). An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA; and

(b) an itemized list of damages and, for each item, the amount sought.

4. If Defendants claim to have remedied any or all of the violation(s) identified by plaintiff, or asserts that no violations exist, those defendants shall file with the Court and serve on Plaintiffs evidence showing the correction or absence of violation(s) at least ten (10) days before the date set for the early mediation.

5. The parties shall file with the Court a Joint Status Report no later than seven (7) days after the ADR proceeding is completed advising the Court of the status of the alleged ADA violations and their mediation efforts.

Dated: March 3, 2020

Otis D. Wright II
United States District Judge